IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                         CASE NO. 5:08-CR-50058-002

JUAN CARLOS CACERES-MEJIA                                         DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 71) filed in this case on March 29, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion Establishing that Defendant is Not Able and Even With the Use of a Reasonable Installment Schedule is Not Likely to Become Able to Pay All or Part of the Fine Required by the Preceding Provisions (Doc. 66) is **DENIED.**

**IT IS SO ORDERED** on this 9th day of May, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE